■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS E. TAYLOR, Respondent, v ANDREW P. MELONI, as Monroe County Sheriff, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant. — Judgment unanimously reversed, petition dismissed and bail reinstated in the amount of $500,000. Memorandum: The judgment is reversed and bail is reinstated in the amount of $500,000. When reviewing a bail determination, the habeas corpus court is limited to the record that was before the nisi prius court, and evidence of a change in circumstances which may affect a bail determination must be submitted to the bail-setting court for reconsideration. The decision of that court on the renewal of the bail application would then be subject to review by writ of habeas corpus (*People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). The habeas corpus court erred by considering evidence of the bail status of a codefendant. "To receive new evidence would be both to frustrate the integrity of the review function and to undertake a *de novo* bail determination. This the habeas corpus court may not do" (*People ex rel. Rosenthal v Wolfson, supra,* p 233). (Appeal from judgment of Supreme Court, Monroe County, Patlow, J. — habeas corpus.) Present — Hancock, Jr., J. P., Doerr, Denman, Moule and Schnepp, JJ. (Order entered Sept. 15, 1983.)

■ In the Matter of EDWARD CHRISTMAN, Respondent, v JAMES INTRONE, as Commissioner of the New York State Office of Mental Health, et al., Appellants. — Order unanimously reversed, without costs, and petition dismissed. Memorandum: As a probationary employee, petitioner has no property interest which would entitle him to a hearing prior to termination (*Board of Regents v Roth,* 408 US 564, 569; *Matter of Anonymous v Codd,* 40 NY2d 860; *Matter of Talamo v Murphy,* 38 NY2d 637; *Ranus v Blum,* 96 AD2d 1144; *Matter of Salvatore v Nasser,* 81 AD2d 1012). Special Term erred, therefore, by directing that respondent prove specific charges of wrongdoing before an arbitrator. (Appeal from order of Supreme Court, Oneida County, J. O'C. Conway, J. — art 78.) Present — Dillon, P. J., Callahan, Doerr, Green and Moule, JJ.

■ ROSEVIEW APARTMENTS, INC., Respondent, v ANTHONY DE JOHN, Individually and as a Former Shareholder, Officer, and/or Director of Roseview Apartments, Inc., et al., Appellants. — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from judgment of Supreme Court, Wayne County, Rosenbloom, J. — unlawful transfer of real property.) Present — Dillon, P. J., Callahan, Doerr, Green and Moule, JJ.

■ MICHAEL J. DOOMAN, Respondent, v MARY J. SHAPIRO et al., Appellants. — Order unanimously affirmed, without costs, and motion to dismiss appeal denied. (Appeal from order of Supreme Court, Erie County, Cook, J. — dismiss complaint.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.